**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ARTHUR DAWSON,**

      **Plaintiff,**

**v.**                                                   **Case No:   6:18-cv-1908-Orl-37KRS**

**BRUCE TELEKY, INC., POSTERAZZI**
**CORP. and BRUCE TELEKY,**

      **Defendants.**

## ORDER
(And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST POSTERAZZI CORP. (Doc. No. 17)**
>
> **FILED:**       **January 18, 2019**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The **Clerk of Court** is **DIRECTED** to vacate the Clerk's default that was entered against Defendant Posterazzi Corp. (Doc. No. 15).   Defendant Posterazzi Corp. shall answer or otherwise respond to Plaintiff's complaint (Doc. No. 1) on or before February 12, 2019.

**DONE** and **ORDERED** in Orlando, Florida on January 22, 2019.

                                                        *Karla R. Spaulding*
                                                      KARLA R. SPAULDING
                                         UNITED STATES MAGISTRATE JUDGE