UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARTHUR DAWSON,

     Plaintiff,

v.                                            Case No. 6:18-cv-1908-Orl-37LRH

BRUCE TELEKY, INC.; and BRUCE
TELEKY,

     Defendants.
_____

## <u>ORDER TO STRIKE</u>

Before the Court is Defendants' motion to dismiss Plaintiff's Amended Complaint for lack of personal jurisdiction and failure to state a claim. (Doc. 54 ("**Motion**").) As the Motion fails to comply with Local Rule 3.01(g), it is due to be stricken.

Rule 3.01(g) requires that movants include with most motions "a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." For motions to dismiss, Rule 3.01(g) only exempts motions "to dismiss for failure to state a claim upon which relief can be granted." As the Motion seeks to dismiss Plaintiff's Complaint for lack of personal jurisdiction, it is subject to Rule 3.01(g)'s conferral requirement. Because Defendants failed to confer here, the Motion will be stricken.

Accordingly, the Clerk is **DIRECTED TO STRIKE** Defendants' Motion and Memorandum of Law to Dismiss Plaintiff's Amended Complaint. (Doc. 54.)

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 30, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record