UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARTHUR DAWSON,

    Plaintiff,

v.

BRUCE TELEKY, INC. and BRUCE TELEKY,

    Defendants.

Case No. 6:18-cv-1908-Orl-37LRH

**PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

    Plaintiff, ARTHUR DAWSON, by and through his undersigned attorney, hereby moves, on an unopposed basis, for an extension of time to file his response to Defendants' BRUCE TELEKY, INC. and BRUCE TELEKY's Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss") and in support thereof states:

    1.    "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) … if request is made, before the original time … expires." Fed. R. Civ. P. 6(b)(1).

    2.    Defendants filed their Motion to Dismiss on July 30, 2019 [D.E. 56].

    3.    Plaintiff's response to Defendants' Motion to Dismiss Plaintiff's Complaint is due on August 13, 2019. *See* Local Rule 3.01(b).

    4.    Plaintiff's counsel requires additional time to review, analyze and properly respond to Defendants' Motion to Dismiss. Therefore, Plaintiff hereby requests a three (3) day extension of time up to and including August 16, 2019, to file his opposition to Defendants'

Motion to Dismiss.

5. Undersigned counsel for the Plaintiff certifies that he has conferred with opposing counsel, and Defendants do not oppose the relief sought herein.

6. This motion is made in good faith and not for the purpose of undue delay and no party will be prejudiced by the granting of this motion.

**WHEREFORE,** for the reasons discussed above, Plaintiff respectfully requests the Court grant him an extension of time up to and including August 16, 2019, to respond to Defendants' Motion to Dismiss, and any other relief the Court deems appropriate.

### LOCAL RULE 3.01(g) CERTIFICATE OF CONFERRAL

The undersigned states that on August 12, 2019, he conferred with counsel for Defendants via telephone, and Defendants do not oppose the relief requested herein.

Dated: August 12, 2019.

Respectfully submitted,

**MORGAN & MORGAN, P.A.**
**Business Trial Group**
703 Waterford Way, Suite 1050
Miami, Florida 33126
(T): 305-929-1922
(F): 305-929-1941
*Attorneys for Plaintiff*

*/s/ David Tamaroff*
David F. Tamaroff, Esq.
Fla. Bar No. 92084
dtamaroff@forthepeople.com
Aiman Farooq, Esq.
Fla. Bar No. 0106351
afarooq@forthepeople.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on August 12, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all counsel of record and those parties receiving notification through the CM/ECF system.

                */s/ David Tamaroff*
                David F. Tamaroff, Esq.